## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**HARRIET CORBAN**                                              **CIVIL ACTION**

**VERSUS**                                                                **NO. 21-181-SDD-SDJ**

**ANDREW SAUL, COMMISSIONER**
**OF SOCIAL SECURITY**

## NOTICE

Please take note that the attached Magistrate Judge's Report and Recommendation has been filed with the Clerk of the U.S. District Court for the Middle District of Louisiana.

Under 28 U.S.C. § 636(b)(1), you have **14 days** from receipt of this Notice to file written objections to the proposed findings of fact and conclusions of law in the Magistrate Judge's Report. A failure to object will constitute a waiver of your right to attack the factual findings on appeal.

**ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.**

Signed in Baton Rouge, Louisiana, on February 11, 2022.

**SCOTT D. JOHNSON**
**UNITED STATES MAGISTRATE JUDGE**

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **HARRIET CORBAN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-181-SDD-SDJ** |
| **ANDREW SAUL, COMMISSIONER OF SOCIAL SECURITY** | |

### MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

After considering the unopposed Motion to Reverse and Remand (R. Doc. 11) filed by Kilolo Kijakazi, Acting Commissioner of the Social Security Administration ("Acting Commissioner"), the Court **RECOMMENDS** that the Acting Commissioner's Motion to Reverse and Remand (R. Doc. 11) be **GRANTED**.

The Court further **RECOMMENDS** that the Acting Commissioner's June 8, 2020 final administrative decision be **REVERSED** and **REMANDED** to the Commissioner, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

Finally, the Court **RECOMMENDS** that Plaintiff's action be **DISMISSED**, reserving Plaintiff's right to the subsequent timely filing of an application for attorney's fees under the Equal Access to Justice Act. *See* 28 U.S.C. § 2412(d)(1)(B).

Signed in Baton Rouge, Louisiana, on February 11, 2022.

**SCOTT D. JOHNSON**
**UNITED STATES MAGISTRATE JUDGE**