## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

HARRIET CORBAN

VERSUS

ANDREW SAUL, COMMISSIONER
OF SOCIAL SECURITY

CIVIL ACTION

21-181-SDD-SDJ

### RULING AND ORDER

The Court has carefully considered the *Motion*,[1] the record, the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Scott D. Johnson, dated February 11, 2022, to which no objection has been filed.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS HEREBY ORDERED** that the Defendant's *Unopposed Motion to Reverse and Remand under Sentence Four of the Social Security Act, 42 U.S.C. Section 405(g)*[3] be GRANTED.

**IT IS FURTHER ORDERED** that the Acting Commissioner's June 8, 2020 final administrative decision be REVERSED and REMANDED to the Commissioner, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. Plaintiff's action is DISMISSED, reserving Plaintiff's right to the subsequent timely filing of an

---

[1] Rec. Doc. 11.
[2] Rec. Doc. 12.
[3] Rec. Doc. 11.

application for attorney's fees under the Equal Access to Justice Act. See 28 U.S.C. § 2412(d)(1)(B).

Signed in Baton Rouge, Louisiana the 3 day of March, 2022.

*Shelly D. Dick*
CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA